[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 97-1544

MOSHE ROTHMAN,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nathaniel M. Gorton, U.S. District Judge] 

Before

Torruella, Chief Judge, 
Boudin and Stahl, Circuit Judges. 

Moshe Rothman on brief pro se. 
Frank E. Reardon, Kenneth R. Kohlberg, Amy M. Campbell and Hassan 
& Reardon, P.C. on Notice of Objection for appellees. 

October 1, 1997


Per Curiam. Plaintiff's action was properly 

dismissed for the reasons stated in the district court's

February 13, 1997 order.

Affirmed. Loc. R. 27.1. 

-2-